Racheal Turner (State Bar No. 226441)
rturner@fbm.com
Amber C. Chrystal (State Bar No. 260470)
achrystal@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
BOUCHAINE VINEYARDS, INC.

Stephanie R. Tatar, Esq. (State Bar No. 237792)
Tatar Law Firm, APC
3500 West Olive Ave., Ste 300
Burbank, CA 91505
Telephone:  (323) 744-1146
Facsimile:  (888) 778-5695
stephanie@thetatarlawfirm.com

Thomas J. Lyons Jr., Esq.
MN Attorney I.D. #:  0249646
Consumer Justice Center P.A.
367 Commerce Court
Vadnais Heights, MN  55127
Telephone:  (651) 770-9707
Facsimile: (651) 704-0907
tommycjc@aol.com
*admitted pro hac vice 1/20/15*

Attorneys for Plaintiff
SHERI LYONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI LYONS, individually and on behalf of a class of similarly situated persons,,<br><br>Plaintiff,<br><br>vs.<br><br>BOUCHAINE VINEYARDS, INC.,<br><br>Defendant. | Case No. 3:14-cv-4869 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. TO EXTEND INITIAL CMC
Case No. 3:14-cv-4869 EMC

31063\4729190.1

In accordance with Civil Local Rules 6-1 and 6-2, Plaintiff Sheri Lyons ("Lyons") and Defendant Bouchaine Vineyards, Inc. ("Bouchaine"), by and through their respective counsel, respectfully submit this Stipulation, with the accompanying proposed Order, requesting a continuance of the Initial Case Management Conference ("Initial CMC").

IT IS HEREBY STIPULATED:

WHEREAS, the Case Management Conference Order entered on January 15, 2015 provides that the Initial CMC in this case is set for February 19, 2015 at 9:30 a.m.;

WHEREAS, lead counsel for Bouchaine, Racheal Turner, had previously scheduled a vacation for the week of February 19, 2015;

WHEREAS, the parties believe good cause exists to allow them a modest continuance until March 12, 2015, the next Thursday that is mutually agreeable to the parties;

WHEREAS, the filing deadline for the joint case management conference statement would likewise be continued until one week prior to the Initial CMC;

WHEREAS, the parties have previously stipulated to extend Bouchaine's time to respond to the Complaint, which is currently due on February 6, 2015;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, subject to the Court's approval, that the Initial CMC with be continued from February 19, 2015 at 9:30 a.m. to March 12, 2015 at 9:30 a.m.  The parties will file a joint case management conference statement by March 5, 2015.

///
///
///
///
///
///
///
///
///

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. TO EXTEND INITIAL EMC
Case No. 3:14-cv-4869 EMC

- 2 -

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: January 26, 2015 | TATAR LAW FIRM, APC |
| 3 | | |
| 4 | | By: */s/ Thomas J. Lyons, Jr.* <br> Thomas J. Lyons Jr., |
| 5 | | Attorneys for Plaintiff <br> SHERI LYONS |
| 6 | | |
| 7 | Dated: January 26, 2015 | FARELLA BRAUN + MARTEL LLP |
| 8 | | By: /s/ *Amber Chrystal* <br> Amber Chrystal |
| 9 | | |
| 10 | | Attorneys for Defendant <br> BOUCHAINE VINEYARDS, INC. |

11          **Signature Attestation**

12          Pursuant to Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this

13  document has been obtained from each of the other signatories whose signatures are indicated by

14  a conformed signature ("/s/") within this e-filed document.

| | | |
|---|---|---|
| 15 | Dated: January 26, 2015 | FARELLA BRAUN + MARTEL LLP |
| 16 | | By: /s/ *Amber Chrystal* <br> Amber Chrystal |
| 17 | | |
| 18 | | Attorneys for Defendant <br> BOUCHAINE VINEYARDS, INC. |
| 19 | /// | |
| 20 | /// | |
| 21 | /// | |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO EXTEND INITIAL EMC
Case No. 3:14-cv-4869 EMC

- 3 -

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3  That the Initial Case Management Conference will be continued from February 19, 2015 at 9:30 a.m. to March 12, 2015 at 9:30 a.m.  Further, that the parties will file a joint case management conference statement by March 5, 2015.

7  Dated: January 27, 2015           By: _____

IT IS SO ORDERED

Judge Edward M. Chen

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO EXTEND INITIAL EMC
Case No. 3:14-cv-4869 EMC

- 4 -