Racheal Turner (State Bar No. 226441)
rturner@fbm.com
Amber C. Chrystal (State Bar No. 260470)
achrystal@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
BOUCHAINE VINEYARDS, INC.

Stephanie R. Tatar, Esq. (State Bar No. 237792)
Tatar Law Firm, APC
3500 West Olive Ave., Ste 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
stephanie@thetatarlawfirm.com

Thomas J. Lyons Jr., Esq.
MN Attorney I.D. #: 0249646
Consumer Justice Center P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651) 704-0907
tommycjc@aol.com
*admitted pro hac vice 1/20/15*

Attorneys for Plaintiff
SHERI LYONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI LYONS, individually and on behalf of a class of similarly situated persons,,<br><br>Plaintiff,<br><br>vs.<br><br>BOUCHAINE VINEYARDS, INC.,<br><br>Defendant. | Case No. 3:14-cv-4869 EMC<br><br>**STIPULATION TO EXTEND BOUCHAINE VINEYARDS, INC.'S TIME TO RESPOND TO COMPLAINT** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO EXTEND BOUCHAINE'S TIME TO
RESPOND TO COMPLAINT
Case No. 3:14-cv-4869 EMC

31063\4736560.1

1  Plaintiff Sheri Lyons ("Lyons") and Defendant Bouchaine Vineyards, Inc. ("Bouchaine"),
2  by and through their respective counsel, hereby stipulate and agree as follows:

3  WHEREAS, on November 3, 2014, Lyons filed her Complaint in this action;

4  WHEREAS, the parties previously stipulated to extend Bouchaine's time to respond to
5  Lyons' Complaint until February 6, 2015;

6  WHEREAS, pursuant to Civil Local Rule 6-1(a), Lyons and Bouchaine have agreed to an
7  additional extension of the time for Bouchaine to respond to Lyons's Complaint to and including
8  February 20, 2015;

9  WHEREAS, this extension of time will not alter the date of any event or any deadline
10 already fixed by Court order;

11 NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT
12 Bouchaine shall have to and including February 20, 2015, to respond to Lyons's Complaint.

13 IT IS SO STIPULATED.

14 Dated: January 26, 2015                CONSUMER JUSTICE CENTER P.A.

16                                        By:     /s/ Thomas J. Lyons, Jr.
                                                Thomas J. Lyons Jr., Esq.

17                                              Attorneys for Plaintiff
                                                SHERI LYONS

19 Dated: January 26, 2015                FARELLA BRAUN + MARTEL LLP

21                                        By:     /s/ Amber Chrystal
                                                Amber Chrystal

22                                              Attorneys for Defendant
                                                BOUCHAINE VINEYARDS, INC.

24 ///   IT IS SO ORDERED
25 ///   _____
         Edward M. Chen
26 ///   U.S. District [Judge]
27 ///
28 ///

[Stamp: IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. TO EXTEND BOUCHAINE'S TIME TO
RESPOND TO COMPLAINT                    - 2 -
Case No. 3:14-cv-4869 EMC

**Signature Attestation**

Pursuant to Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories whose signatures are indicated by a conformed signature ("/s/") within this e-filed document.

Dated: January 26, 2015                    FARELLA BRAUN + MARTEL LLP

                                           By:      */s/ Amber Chrystal*
                                               Amber Chrystal

                                           Attorneys for Defendant
                                           BOUCHAINE VINEYARDS, INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. TO EXTEND BOUCHAINE'S TIME TO
RESPOND TO COMPLAINT                - 3 -
Case No. 3:14-cv-4869 EMC