1  Racheal Turner (State Bar No. 226441)
   rturner@fbm.com
2  Amber C. Chrystal (State Bar No. 260470)
   achrystal@fbm.com
3  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:  (415) 954-4400
5  Facsimile:  (415) 954-4480

6  Attorneys for Defendant
   BOUCHAINE VINEYARDS, INC.
7
   Stephanie R. Tatar, Esq. (State Bar No. 237792)
8  Tatar Law Firm, APC
   3500 West Olive Ave., Ste 300
9  Burbank, CA 91505
   Telephone:  (323) 744-1146
10 Facsimile:  (888) 778-5695
   stephanie@thetatarlawfirm.com
11
   Thomas J. Lyons Jr., Esq.
12 MN Attorney I.D. #:  0249646
   Consumer Justice Center P.A.
13 367 Commerce Court
   Vadnais Heights, MN  55127
14 Telephone:  (651) 770-9707
   Facsimile: (651) 704-0907
15 tommycjc@aol.com
   *admitted pro hac vice 1/20/15*
16
   Attorneys for Plaintiff
17 SHERI LYONS

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20

21 | SHERI LYONS, individually and on behalf of a class of similarly situated persons,, | Case No. 3:14-cv-4869 EMC |
22 | | **AMENDED STIPULATION AND [PR~~OPO~~SED] ORDER REFERRING CASE TO EARLY SETTLEMENT CONFERENCE AND STAYING PROCEEDINGS PENDING SETTLEMENT CONFERENCE** |

    Plaintiff,

23  vs.

24  BOUCHAINE VINEYARDS, INC.,

25         Defendant.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

AMENDED STIP. TO SETTLEMENT
CONF. & STAY
Case No. 3:14-cv-4869 EMC

31063\4760183.1

In accordance with ADR Local Rules 3-4, 3-5, and 7-2, Plaintiff Sheri Lyons ("Lyons") and Defendant Bouchaine Vineyards, Inc. ("Bouchaine"), by and through their respective counsel, respectfully submit this Stipulation, with the accompanying proposed Order, requesting that this case be referred to a Magistrate Judge for an early settlement conference and that all proceedings be stayed pending the outcome of that settlement conference.  The parties hereby stipulate and agree as follows:

WHEREAS, Lyons filed the instant putative class action against Bouchaine on November 3, 2014;

WHEREAS, the parties are actively engaged in settlement negotiations for a class-wide settlement;

WHEREAS, the parties believe in good faith that an early settlement is likely to be reached in this case if the parties have the benefit of the considerable knowledge and experience of one of the Court's Magistrate Judges;

WHEREAS, the parties strongly prefer to appear before a judicial officer;

WHEREAS, there are issues of procedural law that are especially important here, such as that any class-wide settlement must be approved by the Court;

WHEREAS, the parties wish to seek additional assurance that the terms they are discussing are likely to receive Court approval;

WHEREAS, the following deadlines are currently in place for this action:

- The parties have agreed that initial disclosures are due on February 18, 2015;
- Bouchaine's response to Lyons' complaint is due February 20, 2015;
- Lyons has served her first sets of requests for production, requests for admission, and interrogatories, and Bouchaine's response are due on March 2, 2015;
- The parties' joint Case Management Conference Statement is due March 3, 2015; and
- A Case Management Conference is scheduled for March 10, 2013.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

AMENDED STIP. TO SETTLEMENT
CONF. & STAY
Case No. 3:14-cv-4869 EMC

- 2 -

WHEREAS, the parties believe that a stay of this case until 30 days after the requested settlement conference will allow the parties to focus their efforts on settlement negotiations, will preserve scarce judicial resources, and will save the parties considerable time and expense;

WHEREAS, the parties seek to preserve the order of the existing deadlines in the event that the case does not settle and the stay is lifted;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, subject to the Court's approval, that

1. The case will be referred to a Magistrate Judge for an early settlement conference;
2. That all other proceedings in the above-captioned action will be stayed until 30 days after the date of the settlement conference;
3. That all pending motions, discovery, and court deadlines should be vacated;
4. That initial disclosures shall be due 28 days after expiration of the stay;
5. That Bouchaine's response to Lyons' complaint shall be due 30 days after expiration of the stay; and
6. That Bouchaine's response to Plaintiff's pending discovery requests shall be due 40 days after expiration of the stay.

IT IS SO STIPULATED.

Dated: February 12, 2015                      CONSUMER JUSTICE CENTER P.A.

                                              By:      */s/ Thomas J. Lyons Jr.*
                                                       Thomas J. Lyons Jr.

                                              Attorneys for Plaintiff
                                              SHERI LYONS

Dated: February 12, 2015                      FARELLA BRAUN + MARTEL LLP

                                              By:      */s/ Racheal Turner*
                                                       Racheal Turner

                                              Attorneys for Defendant
                                              BOUCHAINE VINEYARDS, INC.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

AMENDED STIP. TO SETTLEMENT
CONF. & STAY                    - 3 -
Case No. 3:14-cv-4869 EMC

**Signature Attestation**

Pursuant to Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories whose signatures are indicated by a conformed signature ("/s/") within this e-filed document.

Dated: February 12, 2015         FARELLA BRAUN + MARTEL LLP

                                 By: _____/s/ *Racheal Turner*_____
                                     Racheal Turner

                                 Attorneys for Defendant
                                 BOUCHAINE VINEYARDS, INC.

**[~~PROP~~OSED] ORDER**

Based on the stipulation of the parties above and for good cause shown, the above-captioned matter is hereby **REFERRED** to a settlement conference by a Magistrate Judge at the earliest available date. ~~This case shall be **STAYED** until 30 days after the date of the settlement conference.~~ [handwritten: Settlement conference is to be completed within 60 days.] All motion, discovery, and court deadlines, including the case management conference, are hereby **VACATED**. Initial disclosures shall be due 28 days after expiration of the stay. Bouchaine's response to Lyons' complaint shall be due 30 days after the expiration of the stay. Bouchaine's response to Plaintiff's pending discovery requests shall be due 40 days after expiration of the stay.

**IT IS SO ORDERED.** [handwritten: CMC is reset for 6/18/15 at 9:30 a.m.  A joint CMC statement shall be filed by 6/11/15.]

Dated: February __18__, 2015     By: _____
                                     EDWARD M. CHEN
                                     United States District Judge

[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen]

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

AMENDED STIP. TO SETTLEMENT
CONF. & STAY                     - 4 -
Case No. 3:14-cv-4869 EMC