Racheal Turner (State Bar No. 226441)
rturner@fbm.com
Amber C. Chrystal (State Bar No. 260470)
achrystal@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
BOUCHAINE VINEYARDS, INC.

Stephanie R. Tatar, Esq. (State Bar No. 237792)
Tatar Law Firm, APC
3500 West Olive Ave., Ste 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
stephanie@thetatarlawfirm.com

Thomas J. Lyons Jr., Esq.
MN Attorney I.D. #: 0249646
Consumer Justice Center P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651) 704-0907
tommycjc@aol.com
*admitted pro hac vice 1/20/15*

Attorneys for Plaintiff
SHERI LYONS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI LYONS, individually and on behalf of a class of similarly situated persons,, <br><br> Plaintiff, <br><br> vs. <br><br> BOUCHAINE VINEYARDS, INC., <br><br> Defendant. | Case No. 3:14-cv-4869 EMC <br><br> **STIPULATION AND [PROPOSED] ORDER REASSIGNING CASE TO ANOTHER MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE AND CONTINUING SETTLEMENT CONFERENCE DEADLINE, STAY OF PROCEEDINGS, AND CASE MANAGEMENT CONFERENCE** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO SETTLEMENT CONF.
REASSIGNMENT & EXTENSION OF
DEADLINES

31063\4809931.1

1   Plaintiff Sheri Lyons ("Lyons") and Defendant Bouchaine Vineyards, Inc. ("Bouchaine"),
2 by and through their respective counsel, respectfully submit this Stipulation, with the
3 accompanying proposed Order, requesting that this case be reassigned from Magistrate Judge
4 Laporte to another Magistrate Judge for an early settlement conference, and requesting that the
5 deadline to complete the settlement conference, the stay of proceedings, and the upcoming Case
6 Management Conference be continued.  The parties hereby stipulate and agree as follows:

7   WHEREAS, Lyons filed the instant putative class action against Bouchaine on November
8 3, 2014;

9   WHEREAS, the parties believe in good faith that an early settlement is likely to be
10 reached in this case if the parties have the benefit of the considerable knowledge and experience
11 of one of the Court's Magistrate Judges;

12   WHEREAS, on February 18, 2015, this Court granted the parties' request for referral to a
13 Magistrate Judge for an early settlement conference, ordered that the conference be completed
14 within 60 days, stayed the case until 30 days after the conference, and reset the Case Management
15 Conference to June 18, 2015 ;

16   WHEREAS, on February 20, 2015, this case was referred to Magistrate Judge Elizabeth
17 Laporte for a settlement conference;

18   WHEREAS, Magistrate Judge Laporte had no dates available for a settlement conference
19 in March or April;

20   WHEREAS, Magistrate Judge Laporte had only two dates available for a full-day
21 settlement conference in May and only two dates in June;

22   WHEREAS, the parties had scheduling conflicts on the four available dates in May and
23 June that could not be rescheduled, and Judge Laporte has now given those dates to other parties;

24   WHEREAS, Magistrate Judge Laporte currently has six dates available for a settlement
25 conference in July, but none of those dates work for both parties and their counsel;

26   WHEREAS, Lyons does not wish to consider dates for the settlement conference past
27 July;

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. TO SETTLEMENT CONF.
REASSIGNMENT & EXTENSION OF
DEADLINES
- 2 -

1    WHEREAS, Lyons and her lead trial counsel reside out of state and must travel from
2    Minnesota to attend the settlement conference;
3    WHEREAS, the owners of Bouchaine also reside out of state, have significant business
4    obligations, and must travel from Delaware to attend the settlement conference;
5    WHEREAS, the parties believe that reassignment of the case to a different Magistrate
6    Judge is necessary given Magistrate Judge LaPorte's very limited availability between April and
7    July;
8    WHEREAS, the parties further believe that the April 18, 2015 settlement conference
9    deadline, the stay of proceedings, and the June 18, 2015 Case Management Conference should all
10   be continued to allow the parties and the newly assigned magistrate judge sufficient time to
11   schedule and complete the settlement conference.
12   NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE, subject to
13   the Court's approval, that
14       1. The case will be reassigned from Magistrate Judge Laporte to a different
15          Magistrate Judge for an early settlement conference;
16       2. The settlement conference shall be completed by August 1, 2015;
17       3. The Case Management Conference currently set for June 18, 2015 will be reset to
18          a date after the settlement conference deadline that is convenient for the Court;
19       4. The stay of proceedings and the post-stay deadlines set forth in the Court's
20          February 18, 2015 Order shall still apply.
21   IT IS SO STIPULATED.

23   Dated: March 30, 2015                    CONSUMER JUSTICE CENTER P.A.

25                                            By: /s/ Thomas J. Lyons Jr.
                                                  Thomas J. Lyons Jr.

26                                            Attorneys for Plaintiff
                                              SHERI LYONS

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. TO SETTLEMENT CONF.
REASSIGNMENT & EXTENSION OF          - 3 -
DEADLINES

Dated: March 30, 2015                    FARELLA BRAUN + MARTEL LLP

By: /s/ Racheal Turner
    Racheal Turner

    Attorneys for Defendant
    BOUCHAINE VINEYARDS, INC.

### Signature Attestation

Pursuant to Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories whose signatures are indicated by a conformed signature ("/s/") within this e-filed document.

Dated: March 30, 2015                    FARELLA BRAUN + MARTEL LLP

By: /s/ Racheal Turner
    Racheal Turner

    Attorneys for Defendant
    BOUCHAINE VINEYARDS, INC.

### [PRO~~POS~~ED] ORDER

Based on the stipulation of the parties above and for good cause shown, the above-captioned matter is hereby **REASSIGNED** from Magistrate Judge Laporte to Magistrate Judge Donna M. Ryu for an early settlement conference. The deadline to complete the settlement conference shall be **RESET** to August 1, 2015. The Case Management Conference currently set for June 18, 2015 shall be **RESET** to August 20, 2015 at 10:30 a.m. The stay of proceedings and the post-stay deadlines set forth in the Court's February 18, 2015 Order shall still apply.

**IT IS SO ORDERED.**

Dated: ~~March~~ April 2, 2015

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIP. TO SETTLEMENT CONF.
REASSIGNMENT & EXTENSION OF      - 4 -
DEADLINES