Stephanie R. Tatar, Esq. (State Bar No. 237792)
Tatar Law Firm, APC
3500 West Olive Ave., Ste 300
Burbank, CA 91505
Telephone:  (323) 744-1146
Facsimile:  (888) 778-5695
stephanie@thetatarlawfirm.com

Thomas J. Lyons Jr., Esq.
MN Attorney I.D. #:  0249646
Consumer Justice Center P.A.
367 Commerce Court
Vadnais Heights, MN  55127
Telephone:  (651) 770-9707
Facsimile: (651) 704-0907
tommycjc@aol.com
*admitted pro hac vice 1/20/15*

Attorneys for Plaintiff
SHERI LYONS

Racheal Turner (State Bar No. 226441)
rturner@fbm.com
Amber C. Chrystal (State Bar No. 260470)
achrystal@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
BOUCHAINE VINEYARDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI LYONS, individually and on behalf of a class of similarly situated persons,, <br><br> Plaintiff, <br><br> vs. <br><br> BOUCHAINE VINEYARDS, INC., <br> Defendant. | 3:14-cv-4869 EMC <br><br> **STIPULATION FOR DISMISSAL AND [PR~~OPO~~SED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Sheri Lyons and Defendant Bouchaine Vineyards, Inc., and by their respective undersigned counsel, that all claims raised by Plaintiff Sheri Lyons, individually, may be dismissed against Defendant with prejudice and without costs or disbursements awarded to either party and that a judgment of dismissal with prejudice may be entered by the Court pursuant to this stipulation without further notice to any party.

IT IS SO STIPULATED.

Dated: August 5, 2015                         CONSUMER JUSTICE CENTER P.A.

                                              By:   s/Thomas J. Lyons Jr.
                                                    Thomas J. Lyons Jr.

                                              Attorneys for Plaintiff
                                              SHERI LYONS


Dated: August 5, 2015                         FARELLA BRAUN + MARTEL LLP

                                              By:   s/Amber C. Chrystal
                                                    Amber C. Chrystal

                                              Attorneys for Defendant
                                              BOUCHAINE VINEYARDS, INC.


### Signature Attestation

Pursuant to Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories whose signatures are indicated by a conformed signature ("/s/") within this e-filed document.

|   |   |
|---|---|
| Dated: August 5, 2015 | CONSUMER JUSTICE CENTER P.A.<br><br>By: s/Thomas J. Lyons Jr.<br>Thomas J. Lyons Jr.<br><br>Attorneys for Plaintiff<br>SHERI LYONS |

### [~~PROP~~OSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

The above-entitled action is dismissed with prejudice and without costs. Each party is to bear its own attorneys' fees and costs.

Dated: August 7, 2015

_____
EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen